UNITED STATES BANKRUPTCTY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                    Chapter 7

LALITA DEVI SUKHRAM and                   Case No. 11-42627 (JF)
ESHWAR NAUTH SUKHRAM,

                Debtors.
-------------------------------------------------------X
ROBERT L. GELTZER, as Trustee of the
Estate of Lalita Devi Sukhram and
Eshwar Nauth Sukhram,

                Plaintiff         Adv. Pro. No. 12-1150 (JF)

    -against-

KASTURIE MAHADAN and
BHUSHAN SUKHRAM,

                Defendants.

## NOTICE OF ANSWER

**SIRS**

**PLEASE TAKE NOTICE,** that upon affirmation I, Kasturie Mahadan, defendant of the above case resides at 729 Frisbee Street, East Chatham NY 12060 sworn on this 8th day of August 2012.

## CLAIM OF RELIEF

**PLEASE TAKE NOTICE,** that my brother, **Eshwar Nauth Sukhram** did not give me a gift as was stated in your statement. It was not a "Gift".

See exhibit(s)

WHEREFORE, your affirmant respectfully request an order dismissing the petition herein and for any other and further relief as to the Court seems just and proper.


Date August 8,2012
East Chatham, New York

                                                      _/s/ Kasturie Mahadan_
                                                      KASTURIE MAHADAN
                                                      DEFENDANT.

Exhibit A

LETTER OF CERTIFICATION

I KASTURIE MAHADAN currently residing at 729 Frisbee Street, East Chatham, New York, 12060, as of this day August 8th, 2012 certifies that I was a one third share beneficiary party under the life insurance policy of our mother (PARANDAYA BOODHRAM) which was worth $150,000.00, bearing the fact that I made my one third share contribution towards the monthly payments of the policy in the amount of $151.00.(due on the first of the month)My initial payment was for $282.00. I began making my one third share contribution payments of $151.00 since the policy came into effect in June 1st 1994 until the death of my mother in November 17 2007. However my payments were given in cash to my brother Eshwar Nauth Sukhram, being that he was the primary policy holder, he then further submit the monthly payments. I Kasturie Mahadan has invested approximately$ 24,442.00 dollars into the Insurance policy. After the death of my mother and upon receipt of the insurance check in the amount of $150,000.00 my brother Eshwar Nauth Sukhram duly give to me my one third share which was due to me in the amount of $50,000.00, the other $5,000.00 in question was the repayment of a personal loan.

Witness: _Jannette Megers_

_Kasturie Mahadan_

_____[Acknowledgements To Be Attached]_____

State of: New York )
                   )s.s.:
County of Schenectady

On the 10 day of August in the year 2012, before me, the above mentioned personnel, personally appeared, Kasturie Mahadan personally known to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_Opal P. Hinds_
Notary Public.

Registration # 02HI6213064
Expiration 11/02/2013

Exhibit B

MAY 30, 1994

RE: PARANDAYA BOODHRAM (OUR MOTHER) MET LIFE INS POLICY.

## GENERAL AGREEMENT

* THIS AGREEMENT MADE BETWEEN ESHWAR N SUKHRAM (FIRST PARTY) & BIHUSHAN P. SUKHRAM AND KASTURIE MAHADIN (SECOND PARTY).

* THIS ~~AGREEMENT~~ IS TO CONFIRM THAT THE ABOVE NAMES JOIN A MET LIFE INSURANCE POLICY IN OUR MOTHER PARANDAYA BOODHRAM, IN THE AMOUNT OF $150,000⁰⁰.

* ESHWAR N SUKHRAM (OUR BROTHER) WILL BE THE HOLDER OF THE MET LIFE INSURANCE POLICY.

* THE PREMIUM FOR THIS POLICY SHALL BE PAID BY THE THREE (3) OF US IN THE EVENT OUR MOTHER PASS AWAY, THE POLICY WILL BE SPLIT IN 3 (THREE). $50,000⁰⁰ EACH.

* BIHUSHAN SUKHRAM & KASTURIE MAHADIN WILL GIVE ESHWAR SUKHRAM OUR PREMIUM TO PAY FOR THE ABOVE POLICY FOR PARANDAYA BOODHRAM. THE FIRST PAYMENT OF $282 EACH & EACH OTHER PAYMENT IS $151⁰⁰ EACH.

* NOTE: BIHUSHAN SUKHRAM WILL PAY BY CHEQUE.
  NOTE: KASTURIE MAHADIN WILL PAY BY CASH.

ESHWAR N SUKHRAM : _[signature]_
BIHUSHAN P. SUKHRAM : _[signature]_
KASTURIE MAHADIN : _[signature]_

Exhibit C



# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

# DEATH TRANSCRIPT

DATE FILED — THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF DEATH** — Certificate No. **156-07-046922**

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
NOV-19-2007 08:52 PM

1. DECEDENT'S LEGAL NAME: **PARANDAYA** (First) **Boodhram** (Last)

Place of Death:
- 2a. New York City
- 2b. Borough: QUEENS
- 2c. Type of Place: 6 — Decedent's Residence
- 2d. Name of hospital or other facility: 89-21 169 STREET

3a. Date of Death: November 17, 2007
3b. Time: 11:10 AM
4. Sex: F
5. Date last attended by Physician: 10/29/2007

6. Certifier: Death occurred due to NATURAL CAUSES.

Name of Physician: DR. MARIUS PESSAH
Address: 1575 Hillside Ave
License No: 114082
Date: 11/19/2007

7a. Usual Residence State: NEW YORK
7b. County: QUEENS
7c. City or Town: JAMAICA
7d. Street and Number: 89-21 169th STREET
ZIP Code: 11432
7e. Inside City Limits?: Yes

8. Date of Birth: APRIL 20, 1925
9. Age at last birthday: 82 YEARS

11a. Usual Occupation: HOMEMAKER
11b. Kind of business or industry: OWN HOME

13. Birthplace: GUYANA
14. Education: 8th grade or less; none

15. Ever in U.S. Armed Forces?: No
16. Marital Status at Time of Death: Widowed

18. Father's Name: GURDASS
19. Mother's Maiden Name: SUKHRANI

20a. Informant's Name: SAHADEO SUKHRAM
20b. Relationship to Decedent: SON
20c. Address: 84-41 169th STREET, JAMAICA, NY 11432

21a. Method of Disposition: Burial
21b. Place of Disposition: MAPLE GROVE CEMETERY
21c. Location of Disposition: KEW GARDENS, NEW YORK
21d. Date of Disposition: 11/20/2007

22a. Funeral Establishment: BERNARD F. DOWD, INC. FUNERAL HOME
22b. Address: 165-20 HILLSIDE AVENUE JAMAICA, NY 11432

VR 15 (Rev. 01/06)



The City of New York

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED: **Nov 19, 2007**

Steven P. Schwartz, Ph.D., City Registrar



V00662710

Exhibit D

Exhibit D

June 15, 2012

To whom it may concern:

I, Bhushan P Sukhram, 1213 Gail Street, Apopka, Florida 32703, here by confirm that in May 1994 Eshwar N Sukhram, Bhushan P. Sukhram, and Kasturie Mahadan join a life insurance policy on our mother, Parandaya Boodhram in the amount of $150,000.00.

Eshwar N Sukhram currently residing at 90-27 186 St, Hollis, NY 11423, was the primary policy holder.

The agreement was that in the event of our mother pass away the $ 150,000.00 Shall split in three ways at $50,000.00 each for Eshwar N Sukhram, Bhushan P Sukhram, and Kasturie Mahadan.

The premium for the insurance policy was paid by the three of us (Eshwar N Sukhram, Bhushan P. Sukhram, and Kasturie Mahadan).

Bhushan P. Sukhram and Kasturie Mahadan give Eshwar N Sukhram our part of the premium ($151.00) to pay for this insurance policy since 1994.

_____      6-15-2012
Bhushan P Sukhram, COSS                 Date

KAREN ZITO
MY COMMISSION # DD 919868
EXPIRES: December 25, 2013
Bonded Thru Notary Public Underwriters

Karen Zito