UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:                                                                  **Chapter 7**

**LALITA DEVI SUKHRAMN and,**                      **Case No. 11-42627 (JF)**
**ESHWAR NAUTH SUKHRAMN**,

                              Debtors.
------------------------------------------------------------x
ROBERT L. GELTZER, as Trustee
of the Estate of **Lalita Devi Sukhramn and
Eshwar Nauth Sukhramn**,

                             Plaintiff,                      **Adv. Pro. No. 12-1150 (JF)**

               -against-

**KASTURIE MAHADAN and
DHUSHAN SUKHRAMN**,

                             Defendants.
------------------------------------------------------------x

## STIPULATION SETTLING AND DISCONTINUING ADVERSARY PROCEEDING

         WHEREAS, on March 30, 2011, Lalita Devi Sukhramn and Eshwar Nauth Sukhramn (the "Debtors"), filed a petition under and pursuant to Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

         WHEREAS, on or about March 30, 2011, the Trustee was appointed by the United States Trustee to serve as interim Chapter 7 trustee for the estate of the above-captioned Debtors and is now qualified and acting as such Trustee.

         WHEREAS, on May 1, 2012, the Trustee commenced the within adversary proceeding against Kasturie Mahadan and Dhushan Sukhramn (the "Defendants") pursuant to § 548 of the Bankruptcy Code for the recovery of fraudulent transfer made by Debtors to the Defendants in the amount of $105,000.00 plus interest (the "Action"); and

         WHEREAS, on May 1, 2012, the Trustee served the summons and complaint in the Action upon the Defendants; and

         WHEREAS, on August 13, 2012, the Defendants served its answer upon the Trustee denying the substantive allegations in the complaint; and

WHEREAS, the Trustee and the Defendants agree to the discontinuance of the Action;

NOW, THEREFORE, it is hereby stipulated and agreed, by and between the undersigned, that the Action be, and it hereby is, discontinued without prejudice, without costs to either party against the other, and without the necessity of any further writing or action of any kind.

Dated: New York, New York
       January 10, 2013

                                        Law Offices of
                                        ROBERT L. GELTZER
                                        Counsel to the Trustee
                                        ROBERT L. GELTZER, ESQ.,
                                        as Trustee for Lalita Devi Sukhraman and
                                        Eshwar Nauth Sukhramn
                                        1556 Third Avenue, Suite 505
                                        New York, New York  10128
                                        (212) 410-0100

                                        By: /s/ Robert L. Geltzer
                                            ROBERT L. GELTZER (RG 4656)
                                            Member of the Firm


                                        /s/ Kasturie Mahadan
                                        KASTURIE MAHADAN
                                        729 Frisbee Street
                                        East Chatham, New York  12060

**SO ORDERED:**